UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80379-DMM

HOWARD COHAN,

    Plaintiff,

vs.

FOUR GUYS JUPITER LLC,
a Florida Limited Liability Company; and
FOUR GUYS PORT ST LUCIE LLC,
a Florida Limited Liability Company

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendants, FOUR GUYS JUPITER LLC, a Florida Limited Liability Company, and FOUR GUYS PORT ST LUCIE LLC, a Florida Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within ten (10) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 16, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Gary A. Isaacs** |
| Gregory S. Sconzo, Esq. | GARY A. ISAACS, ESQUIRE |
| Florida Bar No.: 0105553 | Florida Bar No.: 602663 |
| Samantha L. Simpson, Esq. | Gary A. Isaacs, Esquire, of Counsel |
| Florida Bar No.: 1010423 | COHEN NORRIS WOLMER RAY |
| Sconzo Law Office, P.A. | TELEPMAN BERKOWITZ COHEN |
| 3825 PGA Boulevard, Suite 207 | Attorneys for Defendants |
| Palm Beach Gardens, FL 33410 | 712 U.S. Highway One, Suite 400 |
| Telephone: (561) 729-0940 | North Palm Beach, Florida 33401 |
| Facsimile: (561) 491-9459 | Telephone: (561) 844-3600 |
| Email: greg@sconzolawoffice.com | Email: gai@cohennorris.com |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |

1

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                **/s/ Gregory S. Sconzo**
                                                                 **Gregory S. Sconzo, Esq.**